TITLE GUARANTEE AND TRUST COMPANY, Appellant, *v.* ESTATE OF LOUIS BOSSERT, INC., et al., Defendants.

BROOKLYN TRUST COMPANY, as Trustee, etc., et al., Appellants; PUBLIC OPERATING CORPORATION, Respondent.

Submitted February 24, 1941; decided March 4, **1941.**

*Nicholas P. Callaghan* and *Walter F. O'Malley* for motion. *Samuel Rubin* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the order does not finally determine the action.